IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Krickhahn, Robert H | Case Number: 05 B 21570 |
|---|---|---|
| | Krickhahn, Helen R | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 5/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: August 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,996.87 | |
| Secured: | | 3,062.95 |
| Unsecured: | | 12,357.71 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 1,035.22 |
| Other Funds: | | 440.99 |
| Totals: | 18,996.87 | 18,996.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,100.00 | 2,100.00 |
| 2. | Webster Bank | Secured | 1,547.60 | 1,547.60 |
| 3. | Sterling Inc | Secured | 1,515.35 | 1,515.35 |
| 4. | Cavalry Portfolio Services | Unsecured | 1,995.80 | 1,995.80 |
| 5. | Jefferson Capital | Unsecured | 1,586.88 | 1,586.88 |
| 6. | Nicor Gas | Unsecured | 80.25 | 80.25 |
| 7. | Sterling Inc | Unsecured | 292.34 | 292.34 |
| 8. | Jefferson Capital | Unsecured | 201.96 | 201.96 |
| 9. | RoundUp Funding LLC | Unsecured | 465.94 | 465.94 |
| 10. | ECast Settlement Corp | Unsecured | 1,270.27 | 1,270.27 |
| 11. | World Financial Network Nat'l | Unsecured | 95.03 | 95.03 |
| 12. | Collins Financial Services Inc | Unsecured | 2,284.98 | 2,284.98 |
| 13. | RoundUp Funding LLC | Unsecured | 1,040.45 | 1,040.45 |
| 14. | Cavalry Portfolio Services | Unsecured | 2,692.76 | 2,692.76 |
| 15. | Capital One | Unsecured | 351.05 | 351.05 |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | Household Finance | Unsecured | | No Claim Filed |
| 19. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 21. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 22. | Retailers National Bank | Unsecured | | No Claim Filed |
| 23. | WF Finance | Unsecured | | No Claim Filed |
| 24. | Tx Collect Inc | Unsecured | | No Claim Filed |
| 25. | United Credit Union | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Krickhahn, Robert H                             Case Number:  05 B 21570
        Krickhahn, Helen R                             Judge:  Goldgar, A. Benjamin
        Printed:  9/3/08                                   Filed:  5/31/05

| 26. | Verizon Wireless | Unsecured | No Claim Filed |
| 27. | Retailers National Bank | Unsecured | No Claim Filed |

$ 17,520.66     $ 17,520.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 266.03 |
| 5% | 65.08 |
| 4.8% | 126.72 |
| 5.4% | 285.36 |
| 6.5% | 292.03 |
|  | $ 1,035.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mack_